### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF ARKANSAS
### HOT SPRINGS DIVISION

**1ST SOURCE BANK**                                                           **PLAINTIFF**

    **v.**              **No.  6:10-cv-06006-RTD**

**C. BEAN TRANSPORT, INC., et al**                                            **DEFENDANTS**

### MOTION TO TERMINATE RECEIVERSHIP
### PROCEEDING AND DISCHARGE RECEIVER

Bell Receivers, LLC (the "Receiver"), for its motion and petition to this Court for an order terminating the receivership and discharging the Receiver, states:

1.  The Receiver was appointed in this case by order entered herein on February 5, 2010.

2.  Following the appointment the Receiver worked with the management and ownership of C. Bean Transport, Inc. to manage its affairs. The Receiver provided a report of its activities to the other parties herein and asked for instructions from this Court regarding various matters. The Court held hearings on the Receiver's request for instructions and entered appropriate orders at the conclusion of those hearings.

3.  The last hearing in this case was conducted by telephone on March 9, 2010. On March 17, 2010, C. Bean Transport filed a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the Western District of Arkansas, case number 2:10-bk-71360. The automatic stay provisions of the United States Bankruptcy Code effectively ended the Receiver's ability to manage the affairs of C. Bean Transport, Inc. in this case.

4.  The Receiver has sought relief from the stay in the United States Bankruptcy Court for the purpose of filing this motion to terminate the receivership and discharge the

Receiver. The United States Bankruptcy Court has entered an order lifting the stay for such purpose.

5. The Receiver was appointed in this case for the specific purpose of managing the business operations of C. Bean Transport, Inc. As a result of the filing of the bankruptcy petition described above, there is no longer any justification or purpose for the continuation of the receivership. The receivership should be terminated and the Receiver should be discharged.

WHEREFORE, Bell Receivers, LLC prays that the Court enter and order terminating the receivership portion of this case, only; discharging the Receiver and the bond that the Receiver was required to post; and granting the Receiver all other relief to which it may be entitled.

  /s/ David B. Vandergriff
David B. Vandergriff, Ark. Bar No. 77137
QUATTLEBAUM, GROOMS,
  TULL & BURROW PLLC
*Attorneys for Bell Receivers, LLC*
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone:  (501) 379-1780
Facsimile:  (501) 379-3880

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/EFC system, which shall send notification of such filing to the following:

Steven Shults, Esq.  
SHULTS, BROWN & PERKINS, LLP  
200 West Capitol Avenue, Suite 1600  
Little Rock, AR 72201-3637  

Charles T. Coleman, Esq.  
Wright, Lindsey & Jennings, LLP  
200 W. Capitol Ave., Suite 2300  
Little Rock, AR 72201-3699  

2

Richard L. Ramsay, Esq.
Eichenbaum, Liles & Heister, PA
124 West Capitol Avenue, Suite 1900
Little Rock, AR 72201

Nate Coulter, Esq.
Wilson, Engstrom, Corum &
  Coulter
200 S. Commerce St., Suite 600
P. O. Box 71
Little Rock, AR 72203

Don A. Smith, Esq.
Smith, Cohen & Horan, LLC
1120 Garrison Avenue, Ste. 200
P. O. Box 10205
Fort Smith, AR 72917-0205

Thomas E. Robertson, Jr., Esq.
Pryor, Robertson, Beasley, &
  Smith, PLLC
P.O. Drawer 848
Fort Smith, AR 72902

 /s/ David B. Vandergriff