**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**1st SOURCE BANK**                                                                       **PLAINTIFF**

    **v.**          **Case No.: 10-6006**

**C. BEAN TRANSPORT, INC.;**
**CURT BEAN LUMBER COMPANY,**
**INC.; BEAN LUMBER COMPANY,**
**INC. and CURT BEAN**                                                                 **DEFENDANTS**

**GENERAL ELECTRIC CAPITAL CORPORATION**
**and FINANCIAL FEDERAL CREDIT, INC.**                                   **INTERVENORS**

## ORDER

Before the Court is the Motion to Terminate Receivership Proceeding and Discharge Receiver (doc. 32) filed by Bell Receivers, LLC and Plaintiff's Response (doc. 33). None of the remaining parties filed any objection or response to the motion, and the time for filing a response has expired.

The Court, being well and sufficiently advised, finds the motion (doc. 32) should be GRANTED. Due to the Chapter 11 bankruptcy petition filed by C. Bean Transport, the need for a receiver has been eliminated. Further, it is Plaintiff's desire that this action be dismissed in its entirety. Accordingly, Bell Receivers, LLC is discharged as receiver for C. Bean Transport, and this case is DISMISSED.

IT IS SO ORDERED THIS 2nd day of July, 2010.

                                            /s/ Robert T. Dawson
                                            Honorable Robert T. Dawson
                                            United States District Judge

**AO72A**
**(Rev. 8/82)**